732 April 22, 2026 No. 330

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of the Marriage of

Lee-Ann BERLAND,
*Petitioner-Respondent,*
*and*

Michael Paul BERLAND,
*Respondent-Appellant.*

Deschutes County Circuit Court
21DR17604; A186392

Alicia N. Sykora, Judge.

Argued and submitted March 11, 2026.

Ruth A. Casby argued the cause for appellant. Also on the brief were Janet M. Schroer and Hart Wagner LLP.

Andrew W. Newsom argued the cause for respondent. Also on the waiver of answering brief was Holtey Brown Newsom, LLC.

Before Ortega, Presiding Judge, Joyce, Judge, and Hellman, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Husband appeals a supplemental judgment awarding attorney fees to wife after a dissolution proceeding. In a related opinion, also issuing today, *Berland and Berland*, __ Or App __ (Apr 22, 2026) (nonprecedential memorandum opinion), we affirmed the underlying dissolution judgment. In this attorney fee proceeding, husband raises numerous assignments of error on appeal that challenge the trial court's award of attorney fees. We have reviewed the record, including the trial court's thorough, detailed, and well-written 22-page letter opinion. As he did in the related case, husband puts forth arguments that are based on a factual narrative that runs counter to the record and to our standard of review. We decline to view the record in the way that husband requests and determine that the trial court did not err in any of the ways husband asserts on appeal.

Affirmed.